SHERIFF, CLARK COUNTY, NEVADA, Appellant, *v.* MARK VALDEZ, ALFRED OLEA ENRIQUEZ AND DONALD ELMER SHAPIRO, Respondents.

No. 8010

January 16, 1975                    530 P.2d 759

*Robert List,* Attorney General, Carson City; *George Holt,* District Attorney, and *Sherman H. Simmons,* Deputy District Attorney, Clark County, for Appellant.

*George D. Frame,* of Las Vegas, for Respondents Mark Valdez and Alfred Olea Enriquez.

*Douglas G. Crosby,* of Las Vegas, for Respondent Donald Elmer Shapiro.

## OPINION

*Per Curiam:*

We find no error in the district court's determination that the prosecution failed to present sufficient evidence to establish probable cause to hold appellants for trial. NRS 171.206; State v. Luchetti, 87 Nev. 343, 486 P.2d 1189 (1971).

The district court's order granting habeas corpus is affirmed.